RECEIVED
IN MONROE, LA

JAN 1 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUSIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| CASSIDY McKOIN | CIVIL ACTION NO. 05-1373-M |
| VS. | SECTION P |
| VENETIA MICHAEL, WARDEN | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

Monroe, Louisiana, this _____ *19* _____ day of _____ *January* _____, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE