

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**CASSIDY MCKOIN**

VS

**WARDEN, DAVID WADE CORR. CTR.**

CIVIL NO. 3:05V1373
JUDGE JAMES
MAG. JUDGE HAYES

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas action, and, considering the record in this case, the requirements of 28 U.S.C. §2253, and the Supreme Court's decision in *Slack v. McDaniel,* 529 U. S. 473, 478 (2000), the court hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

MONROE, LOUISIANA, this ___1___ day of __February__, 2006

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE